IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30246
Summary Calendar
_____


NEIL BUNTYN,

Plaintiff-Appellant,

versus


POLICE JURY OF QUACHITA PARISH;
LAYMON GODWIN, Sheriff; CLARENCE BRITTON,

Defendants-Appellees.


_____

Appeal from the United States District Court for the
Western District of Louisiana
(95-CV-1339)
_____

September 3, 1996
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.[*]

PER CURIAM:

Neil Buntyn, a Louisiana pretrial detainee incarcerated at

Quachita Parish Correctional Center, appeals the district court's

denial of his motion for a temporary restraining order and/or

preliminary injunction. This Court has jurisdiction to review the

_____

[*]Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

district court's denial of Buntyn's motion for a preliminary injunction. *Lakedreams v. Taylor*, 932 F.2d 1013, 1107 (5th Cir. 1991).

Buntyn requested a temporary injunction requiring the authorities to "immediately install [free] non-collect phone lines to attorneys, bail bondsmen and government agencies in the local area and making lines accessible to 800 numbers, and . . . requiring the defendants [to] maintain the non-collect lines." We have reviewed the record, the magistrate judge's report, and the district court's order and find no abuse of discretion. *See id*. Accordingly, we affirm for essentially the reasons stated by the magistrate judge and adopted by the district court. *Buntyn v. Police Jury of Quachita Parish*, No. 95-CV-1339 (W.D. La. March 6, 1996).

AFFIRMED